```
              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF FLORIDA
                      PENSACOLA DIVISION
```

IN RE:                                    CASE NO. 06-30636-PNS3
                                          CHAPTER 13
THOMAS JOSEPH SECOSKY
VALARIE JEAN SECOSKY

            _____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### <u>OF UNCLAIMED FUNDS</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385162 in the amount of 16.68 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| THOMAS JOSEPH SECOSKY<br>VALARIE JEAN SECOSKY<br>717 MEADOW CT.<br>FORT WALTON BEACH,  FL<br>32547 | CHASE BANK/CIRCUIT CITY<br>P.O. BOX 100018<br>KENNESAW, GA 30156-9104 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

1/29/2010 11:38 am / CR_213