## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:  CASE NO. 06-30636-PNS3
        CHAPTER 13

THOMAS JOSEPH SECOSKY
VALARIE JEAN SECOSKY

             Debtor(s)         /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 415764 in the amount of 22.51 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                             OFFICE OF THE CHAPTER 13 TRUSTEE
                             POST OFFICE BOX 646
                             TALLAHASSEE, FL 32302
                             ldhecf@earthlink.net
                             (850) 681-2734 "Telephone"
                             (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| THOMAS JOSEPH SECOSKY<br>VALARIE JEAN SECOSKY<br>717 MEADOW CT.<br>FORT WALTON BEACH, FL 32547 | CHASE BANK/CIRCUIT CITY<br>P.O. BOX 100018<br>KENNESAW, GA 30156-9104 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
6/23/2011  1:25 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```