UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                    CASE NO. 06-30636-PNS3
                                                          CHAPTER 13
THOMAS JOSEPH SECOSKY
VALARIE JEAN SECOSKY

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 419332 in the amount of 40.75 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                             OFFICE OF THE CHAPTER 13 TRUSTEE
                             POST OFFICE BOX 646
                             TALLAHASSEE, FL 32302
                             ldhecf@earthlink.net
                             (850) 681-2734 "Telephone"
                             (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
THOMAS JOSEPH SECOSKY          CHASE BANK/CIRCUIT CITY
VALARIE JEAN SECOSKY           P.O. BOX 100018
717 MEADOW CT.                 KENNESAW, GA 30156-9104
FORT WALTON BEACH,  FL
32547
</pre>

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
8/31/2011  1:28 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
</pre>